UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DIRECTV, INC., a California corporation,

    Plaintiff,

    v.    Case No. 03-C-1110

DOUG DUEHNING,

    Defendant.

**ORDER FOR DISMISSAL**

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that this action against Defendant Doug Duehning shall be and hereby is permanently dismissed with prejudice and without costs as stipulated by the parties.

DATED:    May 4, 2005.

BY THE COURT:

s/Lynn S. Adelman
Lynn S. Adelman
United States District Court Judge

Sofron B. Nedilsky
Clerk

By:    s/
    Deputy Clerk

MNduehningorddism.wpd